NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHYLLIS M. KNIGHT,**

*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**

*Respondent*

---

2025-1261

---

Appeal from the United States District Court for the District of Kansas in No. 6:23-cv-01193-DDC-GEB, Judge Daniel D. Crabtree.

---

## ON MOTION

---

Before TARANTO, STOLL, and STARK, *Circuit Judges.*

PER CURIAM.

### O R D E R

The Office of Personnel Management moves to dismiss or transfer. Phyllis M. Knight opposes, and OPM moves unopposed to reply out of time. Ms. Knight separately moves for leave to proceed *in forma pauperis* and to reform the caption.

Ms. Knight's complaint, filed in the United States District Court for the District of Kansas, alleged OPM and the Social Security Administration violated various federal statutes and sought damages amounting to over $1,000 per month over an eight-year period (a sum exceeding $96,000 in total). ECF No. 1-2 at 27 n.3. The district court, among other things, denied Ms. Knight's motion for leave to proceed *in forma pauperis*, and Ms. Knight filed an appeal to this court.

This court's jurisdiction to review district court cases is generally limited to cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* § 1295(a)(4)(C); and cases involving certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* § 1295(a)(2). This case does not fall within that jurisdiction. We conclude that transfer to the United States Court of Appeals for the Tenth Circuit is appropriate. *See* U.S.C. §§ 41, 1291, 1631.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to file a reply out of time, ECF No. 12, is granted to the extent that ECF No. 13 is accepted for filing as OPM's reply in support of its motion to dismiss or transfer.

(2) The motion to dismiss or transfer, ECF No. 9, is granted to the extent that this matter and all case filings are transferred to the United States Court of Appeals for

KNIGHT v. OPM                                                                3

the Tenth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

February 26, 2025
Date

Jarrett B. Perlow
Clerk of Court